UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                           :
CYNTHIA WASHINGTON, *et al.*,          :
                                                           :
              Plaintiffs                          :
                                                           :        No. 1:07cv1031 (RMU)
        v.                                              :
                                                           :
DISTRICT OF COLUMBIA, *et al.*,          :
                                                           :
              Defendants.                        :
_____:

CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO FILE THEIR RESPONSE TO THE COMPLAINT

Defendants, by and through the Office of the Attorney General for the District of

Columbia, hereby move this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 for

an order extending the deadline for the Defendants to file their response to the complaint

from  July 5, 2007 up to and including July 27,  2007.  In support of this motion the

Defendants state the following:

1.        This case arises out of proposed discipline action taken or to be taken against the

plaintiffs, all of whom worked for the DC Department of Corrections.

2.        Defendants' response to the complaint is due on July 5, 2007.

3.        This case was recently received by the Office of the Attorney General and

assigned to undersigned counsel.

4.        Undersigned counsel will be on leave from Monday July 2, 2007 through Friday

July 6, 2007.

5.      In order to file an appropriate response to the complaint records relevant to this

matter have been requested from the Department of Corrections.

6.      This is the Defendants first request for an extension of time and this request is

being made prior to the date a response to the complaint is due.

7.      Counsel for plaintiffs has consented to this motion and, therefore, plaintiffs will

not be prejudiced if this motion is granted.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/NICOLE L. LYNCH/s/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
CYNTHIA WASHINGTON, *et al.*,             :
                                          :
            Plaintiffs                    :
                                          :      No. 1:07cv1031 (RMU)
        v.                                :
                                          :
DISTRICT OF COLUMBIA, *et al.*,           :
                                          :
            Defendants.                   :
_____:


MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO FILE THEIR RESPONSE TO THE COMPLAINT


1.      Fed. R. Civ. Pro. 6 (b) (1).

2.      LCvR 7.

3.      The consent of counsel for plaintiffs.

4.      The entire record herein.

5.      The inherent powers of this Court.

        WHEREFORE, Defendants respectfully move this Court to grant the instant

motion.

                                Respectfully submitted,

                                LINDA SINGER
                                Attorney General for the
                                District of Columbia

                                GEORGE VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

3

/s/NICOLE L. LYNCH/s/_____

NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____

DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                     :
CYNTHIA WASHINGTON, *et al*.,      :
                                       :
         Plaintiffs            :
                                       :     No. 1:07cv1031 (RMU)
     v.                          :
                                       :
DISTRICT OF COLUMBIA, *et al*.,      :
                                       :
         Defendants.         :
_____:

## PROPOSED ORDER

Upon consideration of Defendants' consent motion to extend time to file their response to the complaint, the memorandum of points and authorities in support thereof, the consent of counsel for Plaintiffs, and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that the Defendants' Motion is GRANTED; and further

ORDERED that the Defendants' response to the complaint shall be filed on or before July 27, 2007.

_____
Judge Ricardo M. Urbina
United States District Court
District of Columbia