UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| Plaintiffs : | |
| : | No. 1:07cv1031 (RMU) |
| v. : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

SECOND CONSENT MOTION FOR A TWO DAY EXTENSION OF TIME FOR
DEFENDANTS TO FILE THEIR RESPONSE TO THE COMPLAINT

Defendants, by and through the Office of the Attorney General for the District of Columbia, hereby move this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 for an order extending by two (2)days the deadline for the Defendants to file their response to the complaint from July 27, 2007 up to and including July 31, 2007. In support of this motion the Defendants state the following:

1.  This case arises out of proposed discipline action to be taken against the plaintiffs, all of whom worked for the DC Department of Corrections.

2.  Defendants' current response to the complaint is due on July 27, 2007.

3.  In recent days undersigned counsel had to attend to important family matters that have disrupted undersigned counsel's schedule for completing the response to the amended complaint.

4.   Undersigned counsel is seeking a short, two-day, extension of time to file the response to complaint.

5.      This is the Defendants' second request for an extension of time.  The first extension was granted on July 3, 2007.

6.      While this Court's Standing Order for Civil Cases, § 5 (a), requires motions for extensions of time to be file "at least 4 business days prior to the deadline: undersigned counsel was not able to adhere to this requirement having to attend to important family matters that could not have been anticipated.

7.       This short extension will not interfere with future deadline because at this time no deadlines have been set by this Honorable Court.

8.      Counsel for Plaintiffs has consented to this motion and, therefore, Plaintiffs will not be prejudiced if this motion is granted.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the
      District of Columbia

      GEORGE VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      /s/NICOLE L. LYNCH/s/_____
      NICOLE L. LYNCH [471953]
      Chief Civil Litigation Division Section II

      /s/David A. Jackson/s/_____
      DAVID A. JACKSON [471535]
      Assistant Attorney General
      Office of the Attorney General
      441 Fourth Street, NW, 6 South
      Washington, D.C.  20001
      Direct Line: (202) 724-6618
      Facsimile: (202) 727-3625
      E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| Plaintiffs : | |
| : | No. 1:07cv1031 (RMU) |
| v. : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND
CONSENT MOTION FOR A TWO (2) DAY EXTENSION OF TIME FOR
DEFENDANTS TO FILE THEIR RESPONSE TO THE COMPLAINT

1. Fed. R. Civ. Pro. 6 (b) (1).

2. LCvR 7.

3. The consent of counsel for Plaintiffs.

4. The entire record herein.

5. The inherent powers of this Court.

WHEREFORE, Defendants respectfully move this Court to grant the instant motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

3

/s/NICOLE L. LYNCH/s/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : |
| Plaintiffs | : |
| v. | : No. 1:07cv1031 (RMU) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**PROPOSED ORDER**

Upon consideration of Defendants' second consent motion to extend time to file their response to the complaint, the memorandum of points and authorities in support thereof, the consent of counsel for Plaintiffs, and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that the Defendants' Motion is GRANTED; and further

ORDERED that Defendants' response to the complaint shall be filed on or before July 31, 2007.

_____
Judge Ricardo M. Urbina
United States District Court
District of Columbia