**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.,* | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO ESTABLISH PLEADINGS SCHEDULE**

Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton, through their attorneys HANNON LAW GROUP, LLP, respectfully submit this Consent Motion to Set Pleadings Schedule.

In this matter, the Defendants have filed a Motion to Dismiss the Complaint. The Plaintiffs' Opposition is currently due August 13, 2007. Plaintiffs are also preparing a Cross Motion for Partial Summary Judgment.

Undersigned counsel is authorized by Assistant Attorney General David Jackson to advise the Court that Defendants consent to the Court establishing the following pleading schedule for these motions:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | August 27, 2007 |
| Plaintiffs' Cross Motion for Partial Summary Judgment | August 27, 2007 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | September 10, 2007 |

| | |
|---|---|
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 10, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 24, 2007 |

WHEREFORE, Plaintiffs respectfully request this Consent Motion be granted, and the Court enters the attached Order establishing the proposed pleading schedule.

Respectfully submitted,

HANNON LAW GROUP, LLP


_____*/s/ J. Michael Hannon*_____
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax:  (202) 232-3704
jhannon@hannonlawgroup.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **Consent Motion to Establish Motions Schedule** was sent via electronic filing, this 9th day of August, 2007 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001


_____*/s/ J. Michael Hannon*_____
J. Michael Hannon

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CYNTHIA WASHINGTON, *et al.,*  :
             :
             :
    Plaintiffs,    :  Case Number: 1:07-cv-01031 (RMU)
             :
  v.           :
             :
DISTRICT OF COLUMBIA, *et al.,*  :
             :
             :
    Defendants.   :

## <u>ORDER</u>

Upon consideration of the Consent Motion to Establish Pleadings Schedule, it is

by the Court this _____ day of August, 2007,

  **ORDERED** that the Motion is **GRANTED**; and it is

  **FURTHER ORDERED** that the pleading schedule shall be set as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | August 27, 2007 |
| Plaintiffs' Cross Motion for Partial Summary Judgment | August 27, 2007 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | September 10, 2007 |
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 10, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 24, 2007 |

          _____
          THE HONORABLE RICARDO M. URBINA
          District Court Judge

Copies to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009