UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| : | |
| Plaintiffs, : | Case Number: 1:07-cv-01031 (RMU) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

**CONSENT MOTION FOR A ONE DAY**
**EXTENSION OF TIME TO THE BRIEFING SCHEDULE**

Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton, through their attorneys HANNON LAW GROUP, LLP, pursuant to Fed. R. Civ. Pro. 6(b)(1) and LCvR 7, respectfully submit this Consent Motion for an order extending by one (1) day the briefing schedule agreed to by the parties.

In this matter, the Defendants have filed a Motion to Dismiss the Complaint. The Plaintiffs' Opposition is currently due August 27, 2007. Plaintiffs are also preparing a Cross Motion for Partial Summary Judgment.

Undersigned counsel is authorized by Assistant Attorney General David Jackson to advise the Court that Defendants consent to the extension of the August 27, 2007 deadline to August 28, 2007. Accordingly, Defendants' Reply to Plaintiffs' Opposition and Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment will also be extended by one (1) day, as will the Plaintiffs' Reply to Defendants' Opposition. The extended schedule would be as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | August 28, 2007 |
| Plaintiffs' Cross Motion for Partial Summary Judgment | August 28, 2007 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | September 11, 2007 |
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 11, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 24, 2007 |

WHEREFORE, Plaintiffs respectfully request this Consent Motion be granted, and the Court enters the attached Order establishing the proposed pleading schedule.

Respectfully submitted,

HANNON LAW GROUP, LLP

   */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing **CONSENT MOTION FOR A ONE DAY EXTENSION OF TIME TO THE BRIEFING SCHEDULE** was sent via electronic filing, this 27th day of August, 2007 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

                                        */s/ J. Michael Hannon*
                                        J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the Consent Motion to Extend the Briefing Schedule, it is by the Court this \_\_\_\_ day of August, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the pleading schedule shall be set as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | August 28, 2007 |
| Plaintiffs' Cross Motion for Partial Summary Judgment | August 28, 2007 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint | September 11, 2007 |
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 11, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 24, 2007 |

_____
THE HONORABLE RICARDO M. URBINA
District Court Judge

2

Copies to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009