UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| Plaintiffs : | |
| : | No. 1:07cv1031 (RMU) |
| v. : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR
AN EXTENSION OF TIME FOR THE DEFENDANTS TO FILE AN OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUGMENT

Defendants, by and through the Office of the Attorney General for the District of Columbia, hereby move this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1), LCvR 7 and this Court's Standing Order For Civil Cases, § 5 for an extension of time to file their Reply to Plaintiffs' Opposition to Defendants' Motion To Dismiss and for the Defendants to file their Opposition to Plaintiffs' Motion for Partial Summary Judgment. The current scheduling order sets forth September 11, 2007 as the deadline for the Defendants to file their Reply and Opposition. Plaintiffs' Reply to the Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment is due on September 24, 2007. The Defendants are seeking an order modifying the scheduling order to reset the deadline for their Reply and Opposition to September 18, 2007 and, to reset the deadline for Plaintiffs' Reply to the Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment to October 3, 2007. In support of this motion the District states the following:

1. This case arises out of proposed disciplinary action taken or to be taken against the Plaintiffs, all of whom worked for the DC Department of Corrections.

2. Pending before this Court are the Defendants' Motion to Dismiss and the Plaintiffs' Motion for Partial Summary Judgment.

3. Plaintiffs' filed their Opposition to the Defendants' Motion to Dismiss and their Motion for Partial Summary Judgment on August 28, 2007, as previously consented to by the Defendants.

4. Undersigned counsel was on a two week leave from August 13, 2007 until August 27, 2007.

5. Since returning to work on August 27, 2007, undersigned counsel had to bgin preparing for a trial in *Owens v. District of Columbia, et al*, CA 05-1729 (ESH)(AK). Trial preparation consists of document review, drafting a pretrial statement and motions *in limine* as well as scheduling witness interviews. Additionally, undersigned counsel had to prepare for and attend an all day deposition of a District corporate designee. Lastly, undersigned counsel was asked to assist a colleague with his appellate argument.

6. All of the above events have consumed a considerable amount of undersigned counsel's time since returning from vacation.

7. Plaintiffs' Motion for partial Summary Judgment contained forty seven (47) exhibits and the undersigned counsel will need the additional time to review all of the exhibits in order to file an Opposition to Plaintiff's Motion for partial Summary Judgment and a Reply.

8.      Between the parties, this is the fourth request for an extension or modification of the scheduling order, however, if this motion is granted it will not effect any future court dates set by the Court.

9.      Pursuant to this Court's Standing Order for Civil Cases, undersigned counsel spoke with counsel for Plaintiffs and counsel for Plaintiffs consented to this motion.

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the
                                            District of Columbia

                                            GEORGE VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                            /s/NICOLE L. LYNCH/s/_____
                                            NICOLE L. LYNCH [471953]
                                            Chief Civil Litigation Division Section II

                                            /s/David A. Jackson/s/_____
                                            DAVID A. JACKSON [471535]
                                            Assistant Attorney General
                                            Office of the Attorney General
                                            441 Fourth Street, NW, 6 South
                                            Washington, D.C.  20001
                                            Direct Line: (202) 724-6618
                                            Facsimile: (202) 727-3625
                                            E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| : | |
| Plaintiffs : | |
| : | No. 1:07cv1031 (RMU) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO FILE THEIR RESPONSE TO THE COMPLAINT

1.   Fed. R. Civ. Pro. 6 (b) (1).

2.   LCvR 7.

3.   The Court's Standing Order For Civil Cases.

4.   The consent of counsel for Plaintiffs.

5.   The entire record herein.

6.   The inherent powers of this Court.

   WHEREFORE, Defendants respectfully move this Court to grant the instant

motion.

   A proposed order is attached.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the
                              District of Columbia

4

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/NICOLE L. LYNCH/s/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| Plaintiffs : | |
| : | No. 1:07cv1031 (RMU) |
| v. : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

# ORDER

Upon consideration of the Consent Motion For Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion To Dismiss and for an Extension of Time to File an Opposition to Opposition to Plaintiffs' Motion for Partial Summary Judgment, it is by the Court this ____ day of September, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the motion schedule shall be set as follows:

| | |
|---|---|
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint. | September 18, 2007 |
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 18, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | October 2, 2007 |

_____
Judge Ricardo M. Urbina
District Court District Court
For the District of Columbia

2

Copies to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009