UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : |
| Plaintiffs | : No. 1:07cv1031 (RMU) |
| v. | : |
| DISTRICT OF COLUMBIA, *et al.*, | : **FILED** |
| Defendants. | : SEP 1 0 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the Consent Motion For Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion To Dismiss and for an Extension of Time to File an Opposition to Opposition to Plaintiffs' Motion for Partial Summary Judgment, it is by the Court this 10 day of September, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the motion schedule shall be set as follows:

| | |
|---|---|
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint. | September 18, 2007 |
| Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | September 18, 2007 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross Motion for Partial Summary Judgment | October 2, 2007 |

_____
Judge Ricardo M. Urbina
District Court District Court
For the District of Columbia

Copies to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009