UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO FILE PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton, through their attorneys HANNON LAW GROUP, LLP, pursuant to Fed. R. Civ. Pro. 6(b)(2) and LCvR 7, respectfully submit this Consent Motion for an order allowing Plaintiffs to submit their Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint.

In this matter, the Defendants filed a Motion for Leave to File Second Amended Complaint on September 18, 2007. The Defendants' Opposition was filed September 27, 2007.

Undersigned counsel is authorized by Assistant Attorney General David Jackson to advise the Court that Defendants consent to Plaintiffs filing their Reply to that Opposition on October 18, 2007. Accordingly, Plaintiffs are submitting with this Consent Motion their Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint.

WHEREFORE, Plaintiffs respectfully request this Consent Motion be granted, and the Court enters the attached Order.

        Respectfully submitted,

        HANNON LAW GROUP, LLP

        _____*/s/ J. Michael Hannon*_____
        J. Michael Hannon, #352526
        1901 18th Street, NW
        Washington, DC 20009
        (202) 232-1907
        Fax: (202) 232-3704
        jhannon@hannonlawgroup.com

        *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Consent Motion to File Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint, it is by the Court this _____ day of October, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Reply will be deemed accepted by this Court as of this day.

---

THE HONORABLE RICARDO M. URBINA
District Court Judge

2

Copies to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**REPLY TO DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT**

Come now Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton ("DOC Employees") through their attorneys with HANNON LAW GROUP, LLP and present this Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint and state as follows:

**ARGUMENT**

Rule 15(a) of the Federal Rules of Civil Procedure states that "leave to amend a complaint shall be freely given when justice so requires," provided there is an "absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility." Bowie v. Gonzalez, 2006 U.S. Dist. LEXIS 26158, 6, citing Richardson v. United States, 193 F.3d 545 (D.C. Cir. 1999). Further, "the D.C. Circuit gives particular weight to whether amendment to the complaint would necessitate additional discovery, thereby prejudicing the defendants." Id. In this matter, the Plaintiffs have acted within a reasonable time frame to seek to amend the complaint to insure that all of the materials elements of the cause of action

have been alleged.  The Plaintiffs have not acted in bad faith or engaged in undue delay, as Defendants implicitly acknowledge by not alleging such conduct.  Furthermore, as discovery has not begun in this matter, the Defendants will not experience any undue prejudice by the acceptance of the Second Amended Complaint by this Court.

Additionally, in <u>State Teachers Retirement Board</u> the court reversed a denial of leave to amend a claim where the new elements were closely related to the original complaint and would not necessitate a "great deal of additional discovery."  <u>State Teachers Retirement Bd. v Fluor Corp.,</u> 654 F. 2d 843, 856 (2d Cir. 1981).  As in <u>State Teachers Retirement Board</u>, this is not a case "where the amendment came on the eve of trial and would result in new problems of proof." <u>Id</u>.  Rather, this case has yet to enter the discovery phase and the new elements outlined in the complaint arise directly out of the same nucleus of events: namely, the repeated effort to wrongfully terminate these DOC Employees and the denial of their positions within the DOC.

Defendants further state that, "Plaintiffs' second amended complaint is essentially the same as the first amended" when arguing that the second amended would not survive a motion to dismiss.  <u>See</u> Defendants' Opposition at 2.  This statement neglects several material elements of the Second Amended Complaint including the addition of facts demonstrating compliance with D.C. Code § 12-309 requiring notice to the Mayor of claims against the District.  In fact, Defendants listing of items No. 1-7 in the Opposition are all matters for consideration in the Motions for Dismissal/Motions for Summary Judgment pending before this Court and are not substantive reasons why the Motion for Leave to File the Second Amended Complaint should not be granted.

Plaintiffs' Second Amended Complaint, along with updating the Court as to events occurring since the filing of the First Amended Complaint, clarifies Plaintiffs' position with

regard to the § 1983 claim, and eliminates superfluous parties as Defendants. While the Motion to Dismiss the First Amended Complaint is still pending before this Court, there is no support for Defendants' position that the Second Amended Complaint is "futile" and therefore should not be accepted by the Court for litigation on its merits. As in the First Amended Complaint, Plaintiffs have clearly established a set of operative facts underlying each element of their claim against these Defendants. The Second Amended Complaint strengthens those claims by providing evidence of compliance within the required timeframe with D.C. Code § 12-309 and eliminating those Defendants whose presence was unnecessary in the First Amended Complaint.

      Given Defendants' failure to allege any undue prejudice, bad faith or undue delay on the part of Plaintiffs, and the early stage of the case, this Court should grant the Motion for Leave to File Second Amended Complaint as it is in the interests of justice. The Federal Rules "accept the principle that the purpose of pleading is to facilitate a proper decision on the merits." Foman v. Davis, 371 U.S. 178, 182 (1962) citing Conley v. Gibson, 355 U.S. 41 (1957). Defendants will have every opportunity to move to dismiss the Second Amended Complaint based on the grounds they have outlined in their Opposition. Defendants' arguments are better suited to a Motion to Dismiss the Second Amended Complaint, once it is accepted by the Court.

WHEREFORE, Plaintiffs respectfully request that the Motion for Leave to File Second Amended Complaint be granted and the Second Amended Complaint be filed in this case.

Dated October 18, 2007

Respectfully submitted,

HANNON LAW GROUP, LLP

*/s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, **Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint** was sent via electronic filing, this 18th day of October, 2007 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

*/s/ J. Michael Hannon*
J. Michael Hannon