# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| : | |
| Plaintiffs, : | Case Number: 1:07-cv-01031 (RMU) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

## CONSENT ORDER

Upon consideration of Plaintiffs' Motion for an Emergency Temporary Restraining Order, Defendants District of Columbia and the District of Columbia Department of Corrections have consented to stay the termination of Plaintiffs from their positions with the Department of Corrections pending this Court's resolution of Plaintiffs' Motion for Preliminary Injunction.

Therefore, it is this 21st day of December, 2007, **HEREBY ORDERED**:

1.   The terminations of Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, and Shantell Hatton are stayed pending this Court's resolution of Plaintiffs' Motion for Preliminary Injunction;

2.   Defendants shall file any opposition brief to Plaintiffs' Motion for Preliminary Injunction on December 31, 2007;

3.   Plaintiffs may file any reply brief on January 7, 2007.

---

**THE HONORABLE RICARDO M. URBINA**
District Court Judge

Copies to:

David A. Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009