UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE***

Undersigned counsel, J. Michael Hannon, a member of the Bar of this Court, moves for the admission of Katie E. Miele to appear before this Court *pro hac vice* on behalf of Plaintiffs in this action. The motion is also supported by the attached Declaration of Katie E. Miele.

1. Katie E. Miele, an associate with HANNON LAW GROUP, LLP, 1901 18th Street, NW, Washington, DC 20009, is a member in good standing of the Massachusetts Bar. Ms. Miele is licensed to practice law in Massachusetts and admitted to practice before the Massachusetts Supreme Judicial Court and all inferior courts in Massachusetts.

2. If admitted, Ms. Miele will represent Plaintiffs in this action together with her colleague, J. Michael Hannon, of HANNON LAW GROUP, LLP, 1901 18th Street, NW, Washington, DC 20009, who has been licensed in and is a member in good standing of the District of Columbia Bar, and who is admitted to practice before the United States District Court for the District of Columbia.

3. With reference to all matters incident to this action, Ms. Miele agrees to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United

States District Court for the District of Columbia in all respects as if she was regularly admitted and a licensed member of this Court in good standing.

    4.    Defendant's counsel has no objection to the admission *pro hac vice* of Ms. Miele in this action.

Dated December 27, 2007                        Respectfully submitted,

                                              HANNON LAW GROUP, LLP

                                              */s/ J. Michael Hannon*
                                              J. Michael Hannon, #352526
                                              1901 18th Street, NW
                                              Washington, DC 20009
                                              (202) 232-1907
                                              Fax: (202) 232-3704
                                              jhannon@hannonlawgroup.com

                                              */s/ Katie E. Miele*
                                              Katie E. Miele, BBO # Pending
                                              1901 18th Street, NW
                                              Washington, DC 20009
                                              (202) 232-1907
                                              Fax: (202) 232-3704
                                              kmiele@hannonlawgroup.com

                                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing, **Consent Motion for Admission *Pro Hac Vice*** was sent via electronic filing, this 27th day of December, 2007 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

                */s/ J. Michael Hannon*
                J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF KATIE E. MIELE

I, Katie E. Miele, Esquire, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Katie E. Miele.

2. I have been an attorney in private practice with HANNON LAW GROUP, LLP since November 26, 2007. My office address is 1901 18th Street, NW, Washington, DC 20009. My office telephone number is (202) 232-1907.

3. I am licensed to practice law in Massachusetts and I am a member in good standing. I have been admitted to practice before the Massachusetts Supreme Judicial Court and all inferior courts in Massachusetts.

4. I have not been disciplined by the Massachusetts Bar or any other bar.

5. I seek to be admitted *pro hac vice* to this Court for the purpose of representing Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton in the above-captioned matter. Within the last two years, I have not been admitted *pro hac vice* to this Court.

4.     I practice law from an office within the District of Columbia. I am not a member of the District of Columbia Bar, and do not yet have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of December, 2007.


        /s/ Katie E. Miele
Katie E. Miele

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton's Motion for Admission *Pro Hac Vice*, and the accompanying Declaration of Katie E. Miele, and for good cause shown, it is this _____ day of December 2007 hereby

ORDERED that Katie E. Miele, of Hannon Law Group, LLP, be allowed to appear in this action as counsel for Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton.

_____
RICARDO M. URBINA
United States District Judge

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001