# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA WASHINGTON, *et al.*, : | |
| : | |
| Plaintiffs, : | Case Number: 1:07-cv-01031 (RMU) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

## NOTICE OF FILING

The Clerk of the Court shall please accept for filing the attached Exhibit in support of the **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** and the **PLAINTIFFS' MOTION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER**, both electronically filed on December 20, 2007:

- Exhibit 86, Declaration of Ann-Kathryn So

Dated January 9, 2008                                       Respectfully submitted,

HANNON LAW GROUP, LLP

       */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 745-6880
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the foregoing **NOTICE OF FILING** was sent via electronic filing this 9th day of January, 2008, to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001


              */s/ J. Michael Hannon*
              J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYNTHIA WASHINGTON, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Case Number: 1:07-cv-01031 (RMU)

**DECLARATION OF ANN-KATHRYN SO
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Ann-Kathryn So, am competent to provide this Declaration and state as follows:

1.    I am an Associate with HANNON LAW GROUP, LLP, counsel of record to Plaintiffs in this action. I am admitted to the Bar of New Jersey, but not the District of Columbia.

2.    On January 7, 2008, I reviewed the disciplinary files and partial personnel files of the Plaintiffs at the Department of Corrections, Grimke Building.

3.    Upon review of the files, I noted that the disciplinary file of each Plaintiff contained a letter,[1] dated September 25, 2007, from Dr. Henry Lesansky to Director Devon Brown. These letters uniformly recommended that each Plaintiff's employment with the Department of Corrections be terminated.

4.    Director Brown did not issue his decision to terminate the Plaintiffs until December 14, 2007. As stated in Plaintiffs' Memorandum of Points and Authorities in Support

---

[1]    The disciplinary file of each Plaintiff included an original of Dr. Lesansky's September 25, 2007 letter, except for Lorenzo Jennings, for whom there was a photocopy of the letter, and Shantell Hatton, for whom there was no letter at all.

of Plaintiffs' Motion for Emergency Restraining Order and Preliminary Injunction, Director Brown postponed his Final Decision to coincide with that weekend's Holiday Party held by the FOP/DOC Labor Committee and the Christmas season.

Further affiant sayeth not.

I DECLARE UNDER PENALTIES OF PERJURY that the foregoing is true to the best of my knowledge and belief.

January 9, 2008

*Ann-Kathryn So*