UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CYNTHIA WASHINGTON *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1031 (RMU) |
| | : | | |
| v. | : | Document No.: | 19 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 11th day of January, 2008, it is hereby

**ORDERED** that the plaintiffs' motion for a preliminary injunction is **DENIED**;

**SO ORDERED**.

                                                             RICARDO M. URBINA
                                           United States District Judge