## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| | : | |
| Defendants. | : | |

### MOTION TO WITHDRAW ATTORNEY ADMISSION *PRO HAC VICE*

Plaintiffs Cynthia Washington, Herbert Douglas, Lorenzo Jennings, Dionne Makins, Alphonso Bryant, Lowanda Hinton-Saunders, Darryl Love, Malcolm Pointer and Shantell Hatton, through their attorneys HANNON LAW GROUP, LLP, hereby request that the Court withdraw the admission *pro hac vice* of Katie E. Miele from this case. J. Michael Hannon will remain as an attorney in this case.

Respectfully submitted,

HANNON LAW GROUP, LLP


      */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing, **Motion to Withdraw Attorney Admission** *Pro Hac Vice* was sent via electronic filing, this 24th day of January, 2008 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

                                                  */s/ J. Michael Hannon*
                                                  J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| v. | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Plaintiffs' Motion to Withdraw Attorney Admission *Pro Hac Vice*, it is this _____ day of January, 2008 hereby

**ORDERED** that the Court withdraw the admission *pro hac vice* of Katie E. Miele from this case.

_____
THE HONORABLE RICARDO M. URBINA
United States District Judge


Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001