## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA WASHINGTON, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case Number: 1:07-cv-01031 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Undersigned counsel for Plaintiffs is authorized by counsel for Defendants to submit the following in response to the Court's Minute Order of January 14, 2008:

1. The Parties consent to the Court's denial without prejudice of Defendants' Emergency Motion to Quash Subpoenas [Docket 26]. Plaintiffs voluntarily withdrew their subpoenas.

2. Defendants do object to the Court treating their Motion to Dismiss as a motion for summary judgment; however, the Defendants will withdraw their motion to dismiss as is and refile the motion without attaching extrinsic evidence within ten days of the withdrawal.

3. If Defendants do not withdraw their current Motion to Dismiss, Plaintiffs wish to present additional evidence in response to Defendants' Motion to Dismiss.

4. The Parties intend to pursue a possible resolution of this matter. (a) Defendants will withdraw their Motion to Dismiss and (b) Plaintiffs do not object to the Court's denying their Motion for Partial Summary Judgment without prejudice with full leave to refile.

Defendants maintain that Plaintiffs are not entitled to discovery because Defendants have not filed an answer. Plaintiffs intend to file a motion with the Court seeking discovery if the parties are unable to agree to a Discovery Plan.

Respectfully submitted,

HANNON LAW GROUP, LLP


          /s/ J. Michael Hannon
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report was sent via electronic filing, this 1st day of February, 2008 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

          /s/ J. Michael Hannon
J. Michael Hannon
