UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYNTHIA WASHINGTON, *et al.*,       :
                                    :
                                    :
      Plaintiffs,              :    Case Number: 1:07-cv-01031 (RMU)
                                    :
v.                                  :
                                    :
DISTRICT OF COLUMBIA, *et al.*,     :
                                    :
      Defendants.              :

**AMENDED JOINT STATUS REPORT**

Following the filing of the Parties' Joint Status Report on February 1, 2008, counsel have had further discussions and find it necessary to file this Amended Joint Status Report. Undersigned counsel for Plaintiffs is authorized by counsel for Defendants to submit the following amended report in response to the Court's Minute Order of January 14, 2008:

    1.    The Parties consent to the Court's denial without prejudice of Defendants' Emergency Motion to Quash Subpoenas [Docket 26]. Plaintiffs voluntarily withdrew their subpoenas.

    2.    Defendants do object to the Court treating their Motion to Dismiss as a motion for summary judgment; however the Defendants will and do hereby withdraw Exhibits B through I of their Motion to Dismiss. The Defendants do not believe that Exhibit A (Collective Bargaining Agreement (CBA)) needs to be withdrawn because plaintiffs in their complaint state that they are members of the Collective bargaining Unit and cite to particular sections of the CBA. (Complaint ¶¶ 16, -18) Likewise, the Defendants do not believe that the Affidavit of Brenda Jones needs to be withdrawn because the affidavit concerns only the issue of whether plaintiffs gave timely notice of their claims for defamation and intentional infliction of emotional distress

as required by DC Code § 12-309. *See Melvin Antonio Candido v. District of Columbia*, 2007 U.S. Dist. LEXIS 45175 (D.D.C. June 22, 2007) (quoting *Gwinn v. District of Columbia*, 434 A.2d 1376, 1378 (D.C. 1981) ("[n]otice-of-claim statutes, like D.C. Code § 12-309, are strictly procedural prerequisites to the filing of a civil action, and therefore non-compliance with D.C. Code § 12-309 is subject to a procedural as opposed to a substantive challenge."). In *Candido,* the court found the §12-309 issue appropriate for a motion to dismiss. Lastly, the decision of the Honorable Joyce C. Lamberth,, in *Johnson v. District of Columbia, et al.*, CA No. 04-0250 (RCL), does not have to be withdrawn as it is an unpublished decision and not evidence. As such, the Defendants do not believe there is any extrinsic evidence beyond the pleadings in their Motion to Dismiss.

Plaintiffs contend that they are entitled to take discovery, and Plaintiffs will submit a discovery plan to Defendants. If Defendants do not agree to a discovery plan, Plaintiffs will seek permission of the Court for discovery.

3. Plaintiffs wish to present additional evidence in response to Defendants' Motion to Dismiss. The Defendants object asserting that evidence is only warranted in response to a motion for summary judgment and not Defendants' motion to dismiss.

4. Plaintiffs have proposed to Defendants that this matter, as well as the companion action before the District of Columbia Office of Employee Appeals, be resolved through early mediation. The Defendants are not amendable to mediation or settlement at this time. (a) The Defendants do object to the court denying without prejudice their Motion to Dismiss. Defendants request that this Court rule on their Motion to Dismiss. (b) Plaintiffs do not object to the Court's denying their Motion for Partial Summary Judgment without prejudice with full leave to refile provided that Plaintiffs are afforded discovery.

Plaintiffs request that the Court schedule a status hearing to address the issues in this Report.

>Respectfully submitted,
>
>HANNON LAW GROUP, LLP
>
>
>_____*/s/ J. Michael Hannon*_____
>J. Michael Hannon, #352526
>1901 18th Street, NW
>Washington, DC 20009
>(202) 232-1907
>Fax: (202) 232-3704
>jhannon@hannonlawgroup.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report was sent via electronic filing, this 5th day of February, 2008 to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, NW
6 South
Washington, DC 20001

>_____*/s/ J. Michael Hannon*_____
>J. Michael Hannon