UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CYNTHIA WASHINGTON *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1031 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 5, 12 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**MEMORANDUM OPINION**

GRANTING THE DEFENDANT'S MOTION TO DISMISS;
DENYING THE PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 18th day of March, 2008, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**; it is

**FURTHER ORDERED** that the plaintiff's motion for leave to file a second amended complaint is **DENIED**; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge